$l9$

United States District Court
Southern District of Texas
FILED

DEC 1 6 2008

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.** **M-08-1695** |
| | § | |
| **HECTOR MANUEL JIMENEZ** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about November 24, 2008, in the Southern District of Texas and within the jurisdiction of the Court, defendant

### HECTOR MANUEL JIMENEZ,

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was more than 50 grams, that is, approximately 3.20 kilograms of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1)(H) and Title 18, United States Code, Section 2.

### Count Two

On or about November 24, 2008, in the Southern District of Texas and within the jurisdiction of the Court, defendant

### HECTOR MANUEL JIMENEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 50 grams, that is, approximately 3.20 kilograms of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

TIM JOHNSON
ACTING UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY